IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE CRAWFORD,

        Petitioner,                      No. CIV S-10-2086 JAM DAD P

    vs.

SWARTHOUT, Warden,

        Respondent.               <u>ORDER</u>

_____/

        On October 28, 2010, respondent filed an answer to petitioner's petition for writ of habeas corpus. On the same day, respondent filed a motion to amend his answer, together with a proposed first amended answer. Good cause appearing, the court will grant respondent's motion and grant petitioner thirty days to file a traverse to respondent's first amended answer.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's October 28, 2010 motion to file an amended answer (Doc. No. 12) is granted;

/////

/////

/////

/////

2. Petitioner is granted thirty days from the date of service of this order to file a traverse, if any, to respondent's first amended answer.

DATED: November 8, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
craw2086.ama